

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00110-CV

———————————————————

CLAIRE DUKE, KEENAN DUKE, AND KEISHA DUKE, Appellants

V.

WILMINGTON SAVINGS FUND SOCIETY, FSB DBS CHRISTINA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2018-008057-1

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

On August 6, 2019, we notified appellants Claire Duke and Keenan Duke that their briefs had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeals for want of prosecution unless, within ten days, appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no responses.

Because appellants Claire Duke and Keenan Duke have failed to file their briefs even after we afforded an opportunity to explain the initial failure, we dismiss their appeals for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). This case shall hereafter be styled "Keisha Duke v. Wilmington Savings Fund Society, FSB DBS Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V."

Per Curiam

Delivered: September 19, 2019